### 14154.  HUGHES *v.* THE STATE.

LUKE, J.  1. Under the ruling of the Supreme Court in *Cone* v. *American Surety Co.,* 154 *Ga.* 841 (115 S. E. 481), the city court of Richmond county is a constitutional city court.

2. The motion for a new trial contained the usual general grounds only; there was some slight evidence authorizing the verdict; and, the trial court having approved the finding of the jury, this court is without authority to interfere.

   *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
   DECIDED MARCH 6, 1923.

   Accusation of violation of liquor law; from city court of Richmond county — Judge Black.   March 6, 1923.

   *Isaac S. Peebles, Jr., H. A. Woodward,* for plaintiff in error.
   *W. Inman Curry, solicitor,* contra.